# EXHIBIT B

**Baker & McKenzie LLP**

300 East Randolph Street, Suite 5000
Chicago, IL 60601
United States

Tel: +1 312 861 8000
Fax: +1 312 861 2899
www.bakermckenzie.com

![Baker & McKenzie]

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta*
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East
& Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**Latin America**
Bogota
Brasilia**
Buenos Aires
Caracas
Guadalajara
Juarez
Lima
Mexico City
Monterrey
Porto Alegre**
Rio de Janeiro**
Santiago
Sao Paulo**
Tijuana
Valencia

**North America**
Chicago
Dallas
Houston
Miami
New York
Palo Alto
San Francisco
Toronto
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

December 02, 2014

<u>VIA EMAIL</u>

Mr. Walter Choi
Supervisory Internal Revenue Agent
Internal Revenue Service
915 Second Avenue
Seattle, Washington 98174

**Re:    Microsoft Corporation & Subsidiaries ("Microsoft")
       <u>Summonses Issued to Current & Former Microsoft Employees</u>**

Dear Mr. Choi:

  This letter is in reference to the following testimonial summonses issued by the Service to current and former Microsoft employees:

| Name | Summons Issued | Stated Return Date |
|---|---|---|
| Orlando L. Ayala | November 14, 2014 | December 2, 2014 |
| James E. Allchin | November 10, 2014 | December 4, 2014 |
| Jeffrey S. Raikes | November 10, 2014 | December 5, 2014 |
| Steven A. Ballmer | November 13, 2014 | December 8, 2014 |
| Craig J. Mundie | November 13, 2014 | December 10, 2014 |
| Jonathan W. Roskill | November 13, 2014 | December 11, 2014 |
| William L. Veghte | November 13, 2014 | December 12, 2014 |
| Michelle J. Matthews | November 13, 2014 | December 15, 2014 |
| David B. Guenther | November 14, 2014 | January 27, 2015 |
| Glenn R. Cogswell | November 14, 2014 | January 28, 2015 |

  As stated in my November 26, 2014 letter to Mr. Hoory on which you were copied, the parties have a bona fide legal disagreement over the procedures applicable to the summoned interviews, and we will not be making any of the individuals identified above available to the Service.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

Should the Service agree to our interpretation of the applicable procedures for these summoned interviews, we will make each summoned individual available for testimony at a reasonable time and location. Nevertheless, we recognize that the Service may request that the Office of Associate Chief Counsel (Procedure & Administration) refer these summonses to the Department of Justice for judicial enforcement.

In such a circumstance, we respectfully request that the assigned Tax Division attorney or attorneys contact us, prior to instituting enforcement action, so that we may discuss this matter and, if necessary, make the necessary arrangements to accept service on behalf of our clients.

Sincerely yours,

*James M. O'Brien*

James M. O'Brien
Partner
+1 312 861 8602
James.M.O'Brien@bakermckenzie.com

cc: Roy Wulf, Special Trial Attorney
IRS Office of Chief Counsel