

New Miscellaneous Case: Petition to Enforce an Internal Revenue Service Summons
Matchison, Amy T. (TAX)
to:
newcases.seattle@wawd.uscourts.gov
12/19/2014 12:59 PM
Show Details

History: This message has been replied to.

5 Attachments



Microsoft Mundie - Petition.pdf    Microsoft Mundie - Choi Declaration.pdf    Microsoft Mundie - Choi Declaration Exhibit A.pdf

Microsoft Choi Declaration Exhibit B.pdf    Microsoft Mundie Proposed Order to Show Cause.pdf

This Petition is to enforce an Internal Revenue Service summons, related to a designated summons, which is also the subject of an enforcement action recently filed and pending in this Court at 2:14-mc-00117-RSM.

Amy Matchison
Trial Attorney
U.S. Department of Justice – Tax Division
P.O. Box 683
Ben Franklin Station
Washington D.C. 20044
(202) 307-6422