IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>           Petitioner,                         )<br>                                                        )<br>           v.                                       )<br>                                                        )<br>CRAIG J. MUNDIE,                        )<br>                                                        )<br>           Respondent.                     )<br>_____)  | Case No. 2:14-mc-00125 RAJ-BAT<br><br>**UNITED STATES' NOTICE OF RELATED CASES PURSUANT TO LCR 3(f)** |

The United States, through undersigned counsel, hereby provides notice of related cases pursuant to LCR 3(f) as follows:

On December 11, 2014, the United States filed an action seeking an order enforcing an Internal Revenue Service ("IRS") designated summons issued to Microsoft Corporation. That case was assigned case number MC 14-0117-RSM. In addition to issuing that designated summons, the IRS has also issued a number of related summonses. The United States has filed

United States' Notice of Related Cases
Pursuant to LCR 3(f)

**U.S. Department of Justice**
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044-0683

1

1 enforcement actions as to the designated summons and nine of these related summonses, plus the

2 instant action, as miscellaneous cases in this judicial district:

3     *United States v. Ballmer*, MC 14-0127-JCC-BAT
    *United States v. Allchin*, MC14-0128-RSM-MAT
4     *United States v. Roskill*, MC14-0129-RAJ-JPD
    *United States v. Ayala*, MC14-0130-MJP-MAT
5     *United States v. Raikes*, MC14-0126-JLR-MAT
    *United States v. Mundie*, MC14-0125-RAJ-BAT
6     *United States v. Ernst & Young*, MC14-0131-MJP-JPD
    *United States v. KPMG, LLP*, (Docket number not yet available)
7     *United States v. Microsoft*, (November 19 related summons) MC14-0134-RAJ
    *United States v. Microsoft*, (November 20 related summons) MC14-0133-RAJ
8     *United States v. Microsoft*, (Designated summons) MC14-0117-RSM

9     The first six actions listed above, including the current action, involve testimonial related

10 summonses issued to current or former Microsoft employees; the action filed against Ernst &

11 Young involves a related summons issued to third-party recordkeeper Ernst & Young; the action

12 filed against KPMG involves a related summons issued to third-party recordkeeper KPMG; and

13 the two additional actions against Microsoft filed on December 24, 2014, involve related

14 summonses issued to Microsoft for additional documents. The designated summons and the

15 related summonses all relate to the IRS's examination of the federal income tax liabilities of

16 Microsoft for the taxable periods ending June 30, 2004, June 30, 2005, and June 30, 2006.

17     While these cases are not appropriate for consolidation, because they involve separate

18 summonses issued to nine separate parties and because some of the arguments and defenses

19 raised will pertain only to certain of these summonses, the United States presents this notice to

20 the Court because it may be desirable, in the interests of judicial economy and to avoid the

21 possibility of conflicting results, to have all the cases assigned to the same Judge.

22

23 United States' Notice of Related Cases                                **U.S. Department of Justice**
Pursuant to LCR 3(f)                                                                            Ben Franklin Station
                                                                                                                                P.O. Box 683
                                                                                                                                Washington, D.C. 20044-0683

Dated this 31st day of December, 2014.

        DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s Noreene Stehlik*
*/s Jeremy Hendon*
*/s Amy Matchison*
NOREENE STEHLIK
Senior Litigation Counsel, Tax Division
JEREMY HENDON
AMY MATCHISON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044-0683
Email:  Noreene.C.Stehlik@usdoj.gov
        Jeremy.Hendon@usdoj.gov
        Amy.T.Matchison@usdoj.gov
        Western.TaxCivil@usdoj.gov
Telephone:  (202) 514-6489
        (202) 353-2466
        (202) 307-6422

ANNETTE L. HAYES
Acting United States Attorney
Western District of Washington

*Attorneys for the United States of America*

United States' Notice of Related Cases
Pursuant to LCR 3(f)

**U.S. Department of Justice**
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044-0683

3

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **UNITED STATES' NOTICE OF RELATED CASES PURSUANT TO LCR 3(f)** has been made this 31st day of December, 2014, via the Court's ECF system to all parties and electronically to the following:

JAMES M. O'BRIEN
james.m.o'brien@bakermckenzie.com

ROBERT B. MITCHELL
robert.mitchell@klgates.com
dawnelle.patterson@klgates.com

DANIEL A. ROSEN
daniel.rosen@bakermckenzie.com

                                                   /s/ Amy Matchison
                                                   AMY MATCHISON
                                                   Trial Attorney, Tax Division
                                                 U.S. Department of Justice

United States' Notice of Related Cases
Pursuant to LCR 3(f)

**U.S. Department of Justice**
Ben Franklin Station
P.O. Box 683
Washington, D.C. 20044-0683

4